IMPACT STATEMENT:

To try and put into words how this has affected me felt like too much of a burden to carry. So, I decided to try to describe how devastating this will always feel. From the moment you stole everything from me, I have been trying to escape myself. Escape the intrusive thoughts of lying on your basement floor, escape the smell of your cologne, escape the encouraging smile you left me with as you drove away with my dignity. At only 17 years old, trying to escape the pressure of the weight you dropped on me landed me in some of the worst times of my life. At one point, I thought I only had to survive that night until I realized, this would be something I would be trying to survive forever. It was hard to accept that what you did was never really my fault. I blamed myself for years for allowing myself to be the woman I am today. A survivor. I didn't just survive your attack, but I also survived the overwhelming pressure of being looked at differently from everyone around me including myself. For years, nights alone would be terrifying waiting for the nightmares of you that awaited me patiently in my dreams. When you took everything from me, I worried I would never get any of it back. I was worried I would never recognize myself again. I felt worthless, unworthy of anything other than the guilt and shame that merged into my existence. I questioned my own credibility hoping to rewrite the past that continues to unfold right in front of me. I felt helpless to the paralyzing bondages you left me in. Choking on the waves of forgiveness, I finally released the responsibility of sharing this burden with you and rationalizing your assault. I will no longer rationalize the lasting affects you left me with as something that will eventually get better because it didn't. It still isn't better, yet I worked so hard to get rid of your memory, and once they were gone my life felt unfamiliar again. I

didn't know who I was away from the trauma you caused; I didn't know who I was away from being one of your victims. Fighting the darkness that crowded me, I still wish this was not my reality.  What you did is something I will have to live with forever. You took away my hopes of a happy and healthy life and left me with the responsibility of mental and emotional torment that will rightfully last forever. You took away my chance to live unapologetically liberated. Seeing you behind bars didn't ease the pain like I thought it would because I will forever share the disgrace that was never rightfully mine. It's agonizing to feel guilty expressing things I was never supposed to feel. I thought I could press forward and create memories that you weren't able to steal but robbing me of my entire college experience at my dream school, set the precedent of my entire life. Once you violated me and took my youth, my soul no longer had a rightful home. While learning how complex PTSD has and will affect any and all of my future relationships, I came to the conclusion that I will not allow you to take up any more unnecessary space in my journey. While I wish that different choices were made, I was able to recognize my power in being a survivor. I recognized how vital it is to utilize your voice with the hopes that other women will never have to live the life I ended up with. A life of uncertainty, trepidation, and emptiness. None of the time that you have spent or will spend behind bars will give me back anything that I wish so desperately to have again, but I do have peace knowing you will not be able to hurt anyone. I have peace knowing that my voice and story were validated even though my heart will forever mourn your decisions. Who I am today will always mourn the little girl you wounded by snatching any hope and fight I had embedded in me before I even got a fair chance. I am proud to say that in fighting the darkness you left me with, I found so much

light I didn't know I had. I hope these words forever resonate with you and that you find healing and grace in your own journey. I pray you have empathy for every life you heavily impacted. After more than five years, I can finally stand here and say that while I do forgive you, you deserve whatever your future holds and I do hope that you come to know God's grace and mercy that we unfortunately all deserve. Thank you for revealing the authenticity of my perseverance and tenacity. Because of you, I will forever fight for this woman I am today because of all she has and had to endure once you took my life away from me. I will forever fight for the safe spaces that could've prevented me from ever crossing paths with you. Even though the world may never acknowledge it, I stand here today to vocalize that one woman, is enough.